UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:12-CR-325-BO-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | ORDER GRANTING MOTION |
| PATRICK ONEIL COOPER | : | TO FILE DOCUMENT UNDER SEAL |

THIS MATTER came before the undersigned Judge on February 6, 2013 on the Motion to File Document Under Seal brought by Defendant, Patrick O'Neil Cooper, through counsel.

The Court considered the pleadings and Motion for Temporary Release With Conditions.

Having considered the materials set forth above, the Court concludes that the Motion for Temporary Release With Conditions and all exhibits thereto should be filed under seal.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Temporary Release With Conditions and all exhibits thereto be filed under seal.

SO ORDERED.

This the 8 day of February, 2013.