UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NO. 5:12-CR-325-BO-3

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | **ORDER GRANTING MOTION TO** |
| : | **FILE DOCUMENTS UNDER SEAL** |
| PATRICK O'NEIL COOPER : | |

THIS MATTER came before the undersigned Judge on the Motion to File Document Under Seal brought by Defendant Patrick O'Neil Cooper, through counsel ("Motion"). Having considered the Motion and the documents requested to be sealed, the Court concludes that the Motion for Temporary Release With Conditions, Memorandum in Support of Motion for Temporary Release With Conditions, and all exhibits thereto should be filed under seal.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion for Temporary Release With Conditions, the Memorandum in Support of Motion for Release With Conditions, and all exhibits thereto be filed under seal.

SO ORDERED.

This the 28 day of February, 2013.

Terrence W. Boyle
United States District Judge